# Court of Appeals
# of the State of Georgia

ATLANTA,  September 28, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0235.  WANDA WASHINGTON MILLER v. KO'S AUTO SALE.**

Plaintiff Wanda Washington Miller filed a claim against defendant Ko's Auto Sale ("Ko's") in magistrate court relating to her purchase of a vehicle from Ko's and a subsequent collision and insurance claim. Ko's answered and filed a counterclaim. Following an adverse ruling, Miller appealed to the superior court, which entered an order affirming the magistrate court's ruling. Miller then appealed directly to this Court. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Miller's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Bullock*, 260 Ga. App. at 875.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/28/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*